No. 83–469.  UNITED STATES *v.* YOUNG.  C. A. 10th Cir. [Certiorari granted, 465 U. S. 1021.]  Motion of the Solicitor General to permit Michael W. McConnell, Esquire, to present oral argument *pro hac vice* granted.

No. 83–712.  NEW JERSEY *v.* T. L. O.  Sup. Ct. N. J.  [Certiorari granted, 464 U. S. 991.]  Motions of New Jersey School Boards Association, National Association of Secondary School Principals, and National School Boards Association for leave to file briefs as *amici curiae* granted.  Motion of National School Boards Association for leave to participate in oral argument as *amicus curiae* denied.

No. 83–1015.  NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* HAMPTON COUNTY ELECTION COMMISSION ET AL.  D. C. S. C.  [Probable jurisdiction noted, 467 U. S. 1250.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 83–1035.  TENNESSEE *v.* GARNER ET AL.  C. A. 6th Cir. [Probable jurisdiction noted, 465 U. S. 1098]; and
No. 83–1070.  MEMPHIS POLICE DEPARTMENT ET AL. *v.* GARNER ET AL.  C. A. 6th Cir.  [Certiorari granted, 465 U. S. 1098.] Motion of The Police Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 83–1362.  CLEVELAND BOARD OF EDUCATION *v.* LOUDERMILL ET AL.;
No. 83–1363.  PARMA BOARD OF EDUCATION *v.* DONNELLY ET AL.; and
No. 83–6392.  LOUDERMILL *v.* CLEVELAND BOARD OF EDUCATION ET AL.  C. A. 6th Cir.  [Certiorari granted, 467 U. S. 1204.]  Motions of petitioners in Nos. 83–1362 and 83–1363 for divided argument denied.

No. 83–1476.  UNITED STATES *v.* DANN ET AL.  C. A. 9th Cir.  [Certiorari granted, 467 U. S. 1214.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.